IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| FORKLIFT LP CORPORATION | ) | Case No. 00-1730 (LHK) |
| f/k/a CLARK MATERIAL | ) | |
| HANDLING COMPANY, et al., | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Related to Docket No. 3164 |

### NOTICE OF APPEAL

Raynes McCarty Binder Ross & Mundy ("Raynes McCarty"), pursuant to 28 U.S.C. § 158(a), hereby appeals the January 31, 2005 Order Approving Motion of Clark Material Handling Company for Order (i) Finding Counsel to Jimmy Santiago in Contempt of Court; and (ii) Imposing Sanctions (the "Order") of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), a copy of which is attached hereto as Exhibit "A" and incorporated by reference herein. The parties[1] to this appeal and the names, addresses and telephone numbers of their counsel are as follows:

1.   **Forklift LP Liquidating Trust**

    Eric Lopez Schnabel, Esq.
    Peter J. Duhig, Esq.
    Klett Rooney Lieber & Schorling
    The Brandywine Building
    1000 West Street- Suite 1410
    Wilmington, DE 19801
    (302) 552-4200

---

[1]   This Notice of Appeal, and the listing of the parties to this appeal, is without prejudice to Raynes McCarty's position that the Bankruptcy Court was without jurisdiction.

515439.1 2/4/05

2. **Clark Material Handling Company**

>John G. Hutchinson, Esq.
>Lee S. Attanasio, Esq.
>Russell A. Chiappetta
>Sidley Austin Brown & Wood LLP
>787 Seventh Avenue
>New York, NY 10019
>(212) 839-5300
>
>Robert S. Brady, Esq.
>Joseph A. Malfitano, Esq.
>Young, Conaway, Stargatt & Taylor, LLP
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, DE 19801
>(302) 571-6600

7. **United States Trustee**

>David L. Buchbinder, Esq.
>Office of the United States Trustee
>844 N. King Street, Room 2313
>Wilmington, DE 19801
>(302) 573-6491

Mark Minuti (No. 2659)
**SAUL EWING LLP**
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6800
(302) 421-5873 (Fax)

Attorneys for Raynes McCarty Binder Ross & Mundy

Dated: February 4, 2005