# EXHIBIT "A"

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>FORKLIFT LP CORPORATION f/k/a<br>CLARK MATERIAL HANDLING<br>COMPANY, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 00-1730 (LHK)<br><br>Jointly Administered<br><br>RE: Docket No. 3131 |

## ORDER APPROVING MOTION OF CLARK MATERIAL HANDLING COMPANY FOR ORDER (i) FINDING COUNSEL TO JIMMY SANTIAGO IN CONTEMPT OF COURT; AND (ii) IMPOSING SANCTIONS

Upon the motion (the "Motion") of CLARK Material Handling Company ("New CLARK") for an order (i) finding counsel for Jimmy Santiago ("Plaintiff's Counsel") in civil and/or criminal contempt of the Order Granting Motion to Enforce the Order and Findings of Fact and Conclusions of Law Authorizing and Approving Motion of Clark Material Handling Company, *et al.*, for an Order Authorizing the Sale of Assets to DABO Acquisition, Inc. Free and Clear of Liens, Claims, Encumbrances and Interests (the "Enforcement/Injunction Order") and Sale Order (as defined in the Motion); and (ii) imposing sanctions; and the Court having considered the Motion, response thereto and further reply of New CLARK; and the Court having found that Plaintiff's Counsel, for all of the reasons articulated on the record at the hearing, has violated the Enforcement/Injunction Order and Sale Order[1]; and the relief requested being appropriate and necessary under the circumstances; and due and adequate notice of the Motion having been given; it is hereby

---

[1] Capitalized terms not otherwise defined herein shall be given the meaning ascribed to them in the Motion.

ORDERED, that the Motion is granted, in part, based upon a finding that Plaintiff's Counsel is in contempt of this Court's Enforcement/Injunction Order and Sale Order; and it is further

ORDERED, that Plaintiff's Counsel shall pay to New CLARK all reasonable fees and costs associated with the Motion, and the Motion to Dismiss the Complaint filed in the United States District Court for the Eastern District of Philadelphia; and it is further

ORDERED, that within 30 days from the date hereof, counsel to New CLARK shall submit to Plaintiff's Counsel a statement of fees and expenses (the "Statement") incurred in connection with the Motion and the Motion to Dismiss; and it is further

ORDERED, that Plaintiff's Counsel shall have 10 days upon receipt of the Statement, to review and object to the Statement on the basis of reasonableness and the Court will set a hearing on such objection; and it is further

ORDERED, that, to the extent Plaintiff's Counsel does not object to the Statement, counsel to New CLARK may submit an order approving the Statement to the Court, which Order may be entered without further notice or hearing.

Dated: Jan. 31, 2005

_____
United States Bankruptcy Judge

WP3:1069618.4                                                                                    63434.1001