IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| FORKLIFT LP CORPORATION | ) | Case No. 00-1730 (LHK) |
| f/k/a CLARK MATERIAL | ) | |
| HANDLING COMPANY, et al., | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Related to Docket No. 3167 |

**RAYNES McCARTY BINDER ROSS & MUNDY'S STATEMENT OF ISSUES
AND DESIGNATION OF THE RECORD ON APPEAL**

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, Appellant, Raynes McCarty Binder Ross & Mundy ("Raynes McCarty"), provides a statement of the issues to be presented in its appeal from the Bankruptcy Court's January 31, 2005 Order Approving Motion of Clark Material Handling Company for Order (i) Finding Counsel to Jimmy Santiago in Contempt of Court; and (ii) Imposing Sanctions (the "Order") (Docket No. 3164).

In further accordance with Rule 8006, Raynes McCarty designates the items to be included in the record on its appeal.

**I.   STATEMENT OF THE ISSUES ON APPEAL**

1.   Whether the Bankruptcy Court was without jurisdiction to enjoin Jimmy Santiago from prosecuting a product liability claim for loss of his leg against CLARK Material Handling Company pursuant to the January 29, 2003 Order and Findings of Fact and Conclusions of Law Authorizing and Approving Motion of CLARK Material Handling Company, et al. for an

515786.1 2/11/05

Order Authorizing the Sale of Assets to DABO Acquisition, Inc. Free and Clear of Liens Claims, Encumbrances and Interests (Docket No. 2039) (the "Sale Order").

2. Whether the Bankruptcy Court erred in finding that the provisions of the Sale Order were binding upon Jimmy Santiago.

3. Whether the Sale Order and the September 23, 2004 Order Granting Motion to Enforce the Order and Findings of Fact and Conclusions of Law Authorizing and Approving Motion of CLARK Material Handling Company, et al. for an Order Authorizing the Sale of Assets to DABO Acquisition, Inc. Free and Clear of Liens Claims, Encumbrances and Interests (Docket No. 3096) (the "Enforcement Order") can be collaterally attacked.

4. Whether the Bankruptcy Court erred in finding that Raynes McCarty was in contempt of the Sale Order and the Enforcement Order.

5. Whether the Bankruptcy Court erred in imposing sanctions upon Raynes McCarty.

## II. DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD

| Docket No. | Filing Date | Description |
|---|---|---|
| 1964 | 12/18/02 | Motion of Debtors and Debtors-in-Possession for an Order Authorizing: (A) Sale of Assets Free and Clear of all Liens, Claims, Rights, Interest and Encumbrances; (B) Assumption and Assignment of Executory Contracts and Unexpired Leases; (C) Exempting the Sale from Stamp or Similar Tax; and (D) Other Related Relief |
| 1966 | 12/18/02 | Notice of Bidding Procedures |
| 1972 | 12/19/02 | Notice of Filing Amended Exhibit "B" |
| 1984 | 12/30/02 | Notice of Filing Second Amended Exhibit "B" |
| 2007 | 01/06/03 | Order Granting Amended Motion of Debtors and Debtors-in-Possession for an Order Authorizing and Approving Bidding Procedures in Connection with the Sale of Substantially all of the Debtors' Assets and Approving Form and Manner of Notice Thereof (signed 01/06/03) |
| 2039 | 01/29/03 | Order and Findings of Fact and Conclusions of Law Authorizing and Approving Motion of CLARK Material Handling Company, et al. for an Order Authorizing the Sale of Assets to DABO Acquisition, Inc. Free and Clear of Liens Claims, Encumbrances and Interests (signed 01/29/03) |
| 3055 | 08/04/04 | Motion to Enforce the Order and Findings of Fact and Conclusions of Law Authorizing and Approving Motion of CLARK Material Handling Company et al. for an Order Authorizing the Sale of Assets to DABO Acquisition, Inc. Free and Clear of Liens, Claims, Encumbrances and Interests |
| 3056 | 08/05/04 | Affidavit/Declaration of Service Re: Motion to Enforce the Order and Findings of Fact and Conclusions of Law Authorizing and Approving Motion of CLARK Material Handling Company et al. for an Order Authorizing the Sale of Assets to DABO Acquisition, Inc. Free and Clear of Liens, Claims, Encumbrances and Interests |

| Docket No. | Filing Date | Description |
|---|---|---|
| 3057 | 08/09/04 | Limited Response of Debtors and Debtors-in-Possession to Motion to Enforce the Order and Findings of Fact and Conclusions of Law Authorizing and Approving Motion of Clark Material Handling Company et al. for an Order Authorizing the Sale of Assets to DABO Acquisition, Inc. Free and Clear of Liens, Claims, Encumbrances and Interests |
| 3058 | 08/09/04 | Request to Change Filing Date of Response (B) to Limited Response of Debtors and Debtors-in-Possession to Motion to Enforce the Order and Findings of Fact and Conclusions of Law Authorizing and Approving Motion of Clark Material Handling Company et al. for an Order Authorizing the Sale of Assets to DABO Acquisition, Inc. Free and Clear of Liens, Claims, Encumbrances and Interests |
| 3060 | 08/17/04 | Notice of Adjourned/Rescheduled Hearing Re: Motion to Enforce the Order and Findings of Fact and Conclusions of Law Authorizing and Approving Motion of Clark Material Handling Company et al. for an Order Authorizing the Sale of Assets to DABO Acquisition, Inc. Free and Clear of Liens, Claims, Encumbrances and Interests |
| 3087 | 08/26/04 | Objection to Motion to Enforce the Order and Findings of Fact and Conclusions of Law Authorizing and Approving Motion of CLARK Material Handling Company et al. for an Order Authorizing the Sale of Assets to DABO Acquisition, Inc. Free and Clear of Liens, Claims, Encumbrances and Interests |
| 3083 | 09/03/04 | Motion to Allow Leave to File Reply in Support of Motion to Enforce the Order and Findings of Fact and Conclusions of Law Authorizing and Approving Motion of CLARK Material Handling Company et al. for an Order Authorizing the Sale of Assets to DABO Acquisition, Inc. Free and Clear of Liens, Claims, Encumbrances and Interests |
| 3088 | 09/08/04 | Order Granting Motion for Leave to File Reply in Support of Motion to Enforce the Order and Findings of Fact and Conclusions of Law Authorizing and Approving Motion of Clark Material Handling Company et al. for an Order Authorizing the Sale of Assets to DABO Acquisition, Inc. Free and Clear of Liens, Claims, Encumbrances and Interests (signed 09/08/04) |

| Docket No. | Filing Date | Description |
|---|---|---|
| 3092 | 09/15/04 | Certification of Counsel Re: Docket No. 3055 |
| 3095 | 09/24/04 | Transcript of Hearing held on September 8, 2004 |
| 3096 | 09/24/04 | Order Granting Motion to Enforce the Order and Findings of Fact and Conclusions of Law Authorizing and Approving Motion of Clark Material Handling Company et al. for an Order Authorizing the Sale of Assets to DABO Acquisition, Inc. Free and Clear of Liens, Claims, Encumbrances and Interests (signed 09/23/04) |
| 3131 | 11/30/04 | Motion of Clark Material Handling Company for Order (i) Finding Counsel to Jimmy Santiago in Contempt of Court; and (ii) Imposing Sanctions |
| 3135 | 12/09/04 | Objection to Motion of Clark Material Handling Company for Order (i) Finding Counsel to Jimmy Santiago in Contempt of Court; and (ii) Imposing Sanctions |
| 3145 | 12/17/04 | Motion for Leave to File Reply in Support of Clark Material Handling Company's Motion for Order (i) Finding Counsel to Jimmy Santiago in Contempt of Court; and (ii) Imposing Sanctions |
| 3149 | 12/22/04 | Order Granting Leave to File Reply in Support of Clark Material Handling Company's Motion for Order (i) Finding Counsel to Jimmy Santiago in Contempt of Court; and (ii) Imposing Sanctions (signed 12/21/04) |
| 3161 | 01/21/05 | Transcript of Hearing held on December 21, 2004 |
| 3164 | 02/01/05 | Order Approving Motion of Clark Material Handling Company for Order (i) Finding Counsel to Jimmy Santiago in Contempt of Court; and (ii) Imposing Sanctions (signed 01/31/05) |
| 3167 | 02/04/05 | Notice of Appeal |

|  |  |
|---|---|
|  | /s/ Mark Minuti |
|  | Mark Minuti (No. 2659) |
|  | **SAUL EWING LLP** |
|  | 222 Delaware Avenue, Suite 1200 |
|  | P.O. Box 1266 |
|  | Wilmington, DE  19899 |
|  | (302) 421-6800 |
|  | (302) 421-5873 (Fax) |
|  |  |
|  | Attorneys for Raynes McCarty Binder Ross & Mundy |
| Dated:  February 11, 2005 |  |