IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RAYES McCARTY BINDER ROSS & MUNDY | : | |
| | : | Civil Action No. 05-cv-169 (SLR) |
| Appellant, | : | |
| | : | |
| v. | : | |
| | : | |
| FORKLIFT LP CORPORATION | : | |
| | : | |
| Appellee | : | Bankruptcy Case No. 00-1730 (DDS) |
| | : | |
| | : | |

**STATEMENT OF NO INTEREST**

**PLEASE TAKE NOTICE** that on April 17, 2000 (the "Petition Date"), Forklift LP Corporation, f/k/a CLARK Material Handling Company ("FLP"), CMH 2, Inc., f/k/a Clark Alabama, Inc. f/k/a Blue Giant Corporation ("CMH 2") and CMH 3, Inc., f/k/a Hydrolectric Lift Trucks, Inc. ("CMH 3," and together with FLP and CMH 2, the "Debtors"), commenced their respective reorganization cases by filing voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. , in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") thereby commencing Bankruptcy Case Nos. 00-1730-1732 (DDS).

**PLEASE TAKE FURTHER NOTICE** that On January 31, 2003, the Debtors consummated a sale of substantially all of their assets – excluding certain assets, including without limitation, over 400 preference actions and stock of certain foreign subsidiaries – pursuant to an order of the Court [D.I. 2039] (the "Sale Order") to DABO Acquisition, Inc. (together with its affiliates, "New Clark"). Subsequent to the Sale Order, New Clark was named

Clark Material Handling Company and the Debtor Clark thereafter became Forklift LP Corporation.

**PLEASE TAKE FURTHER NOTICE** that on or about October 22, 2003, the Bankruptcy Court entered the Findings of Fact, Conclusions of Law and Order Confirming Debtors' Third Amended Plan Of Liquidation Proposed by Debtors and Debtors-In-Possession Forklift LP Corporation f/k/a Clark Material Handling Company, CMH 2, Inc., f/k/a Clark Alabama, Inc., and CMH 3, Inc. f/k/a Hydrolectric Lift Trucks, Inc. Dated October 22, 2003 (the "Plan").[1]

**PLEASE TAKE FURTHER NOTICE** that on the Effective Date, pursuant to Section 6.3 of the Plan, any and all Assets of the Debtors, wherever situated, vested in the Forklift Liquidating Trust (and together, with the Debtors, the "Trust").

**PLEASE TAKE FURTHER NOTICE** that the Trust has no interest in the above-captioned appeal (the "Appeal") as that matter is between New Clark and the Appellant.

**PLEASE TAKE FURTHER NOTICE** that neither New Clark nor the Appellant seek affirmative relief from the Trust in the Appeal.

**PLEASE TAKE FURTHER NOTICE** that neither New Clark nor the Appellant sought affirmative relief from the Trust in the matter below.

---

[1] Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Plan.

KRLSWILM:60474

**PLEASE TAKE FURTHER NOTICE** that the Trust will not participate in the Appeal unless this Court otherwise requires.

                                                KLETT ROONEY LIEBER & SCHORLING
                                                A Professional Corporation

By: _____
      Eric Lopez Schnabel, Esquire
      Peter J. Duhig, Esquire
      The Brandywine Building
      1000 West Street, Suite 1410
      Wilmington, DE 19899-1397
      (302) 552-4200

      Counsel to the Forklift Liquidating Trust

Dated: April 8, 2005