IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RAYES McCARTY BINDER ROSS & MUNDY | : |
| | : Civil Action No. 05-cv-169 (SLR) |
| Appellant, | : |
| v. | : |
| FORKLIFT LP CORPORATION | : |
| Appellee | : Bankruptcy Case No. 00-1730 (DDS) |

### CERTIFICATE OF SERVICE

I, hereby ccertify that on April 8, 2005, I electronically filed the Statement of Interest with the Clerk of the Court using CM/ECF which will send notification of such filing to registered participants. I further certify that on April 8, 2005, I have caused the document to be hand delivered to the parties on the attached service list

                                                     **KLETT ROONEY LIEBER & SCHORLING,**
                                                     **a Professional Corporation**

                                                     /s/Peter J. Duhig
                                                        Peter J. Duhig (No. 4024)
                                                        The Brandywine Building
                                                        1000 West Street, Suite 1410
                                                        Wilmington, DE 19801
                                                        (302) 552-4200
                                                        (302) 552-4295 (facsimile)
                                                        Duhig@klettrooney.com

**VIA HAND DELIVERY**:

Robert S. Brady, Esq.
Young, Conaway, Stargatt & Taylor
The BrandywineBldg.
1000 West Street, 17th Floor
Wilmington, DE  19899


Mark Minuti, Esq.
Saul Ewing LLP
222 Delaware Ave., Suite 1200
Wilmington, DE 19899