IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| FORKLIFT LP CORPORATION | ) | Case No. 00-1730 (LHK) |
| f/k/a CLARK MATERIAL | ) | |
| HANDLING COMPANY, et al., | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | |
| | ) | |
| RAYNES, MCCARTY BINDER ROSS | ) | |
| & MUNDY, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Appeal No. 05-169 (SLR) |
| | ) | |
| CLARK MATERIAL HANDLING | ) | |
| COMPANY, | ) | |
| | ) | |
| Appellee. | ) | |

## STIPULATION AND ORDER DISMISSING APPEAL

Appellant Raynes, McCarty Binder Ross & Mundy and Appellee CLARK Material Handling Company, by and through their undersigned counsel, pursuant to Rule 8001(c)(2) of the Federal Rules of Bankruptcy Procedure, hereby stipulate to dismiss this appeal with prejudice, with each side to bear their own costs.

520145.1 4/29/05

-2-

_/s/ Mark Minuti_
Mark Minuti (No. 2659)
**SAUL EWING LLP**
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6840
(302) 421-5873 (Fax)

Counsel for Appellant Raynes, McCarty
Binder Ross & Mundy

_/s/ Robert S. Brady_
Robert S. Brady (No. 2847)
Edmon L. Morton (No. 3856)
**YOUNG, CONAWAY, STARGATT & TAYLOR, LLP**
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6690
(302) 576-3283 (Fax)

-and-

John G. Hutchinson
Lee S. Attanasio
**SIDLEY AUSTIN BROWN & WOOD LLP**
787 Seventh Avenue
New York, NY 10019
(212) 839-5300
(212) 839-5599 (Fax)

Counsel for Appellee CLARK Material Handling Company

Dated: June 13, 2005

SO ORDERED this ____ day of June, 2005

_____
United States District Court Judge